IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINEVILLE DIVISION

TED THEODORE DIEDRICKS, JR.
et al.,

      Plaintiffs,

vs.                              Case No.  1:13cv210-MW/GRJ

PARKER VAN HART
and
JENNIFER VAN HART,

      Defendants.
_____/

## ORDER ACCEPTING NOTICE AND DIRECTING STATUS REPORT TO BE FILED

This Court has considered and accepts, without hearing, the "Notice per Order of November 14, 2013." ECF No. 22.  Pursuant to this Court's order of November 14, 2013, the parties were directed to file status reports the last day of each May and November while these proceedings are stayed.  ECF No. 7.  Accordingly, pursuant to this Court's order, the parties shall file their next status report on or before May 31, 2019, and every May and November thereafter.

      **SO ORDERED on November 7, 2018.**

                                         s/Mark E. Walker      
                                         **United States District Judge**